
Frederick S. Wolfson
Timothy D. Sheffey
Loren A. Schrum
Paul A. Lundberg
Paul C. Bametzreider
Michelle R. Calvert
Colleen S. Gallo

# REILLY WOLFSON
## ATTORNEYS AT LAW

Corey M. Lamoureux
Andrew J. Race
Melissa J. Noyes

—

James T. Reilly
(1964-2000)

1601 Cornwall Road, Lebanon, Pennsylvania 17042-7406
(717) 273-3733   Fax (717) 273-1535
info@reillywolfson.com   www.reillywolfson.com
Direct email: paulB@reillywolfson.com

May 9, 2017

Honorable Robert N. Opel
Middle District Bankruptcy Court
197 S Main Street
Wilkes Barre, PA 18701

RE: **Steven T. Flory and Mandy D. Flory**
**Case No. 5:11-bk-01985-RNO**

Dear Judge Opel,

I am writing you regarding the above-captioned matter which is a Chapter 12 Bankruptcy. The Chapter 12 Plan was completed by the Debtors several years ago. The case remains open. The Debtors would like to have the case discharged and closed.

I spoke with the Chapter 12 Trustee, William Schwab, and he advised me to request a status conference regarding this matter. He indicates that the final report which he has completed remains with the US Trustee's Office.

Please schedule a status conference regarding this matter so that we can determine how my Clients will receive their Chapter 12 discharge and conclude this case. Thank you very much for your time and consideration.

Yours very truly,
REILLY WOLFSON

Paul C. Bametzreider

PCB/kf
CC: William Schwab
    United States Trustee
    Steven T. Flory

Serving the community since 1940