LOCAL BANKRUPTCY FORM 9074-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
STEVEN T. FLORY and
MANDY D. FLORY

CHAPTER __12__

CASE NO. _5_-_11_-bk-_01985-JJT_

Debtor(s)

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.
JONESTOWN BANK & TRUST CO.

Nature of Proceeding: _STATUS CONFERENCE_

Pleading: _____

Defendant(s)/Respondent(s)

Document #: _____

## CERTIFICATION OF CONCURRENCE FOR TELEPHONIC TESTIMONY VIA COURTCALL

*(Certification must be received at least 2 business days before the scheduled hearing. If a certification cannot be filed timely, leave to provide telephonic testimony must be obtained from the Court.)*

**1. HEARING INFORMATION**

Hearing Type (e.g., Motion to Dismiss, Trial) _STATUS CONFERENCE_

Hearing Date _JUNE 1, 2017_  Hearing Time _9:30 A.M._

**2. WITNESSES SCHEDULED TO PROVIDE TELEPHONIC TESTIMONY**

3. I hereby certify that all parties participating in the above-described hearing have concurred in the telephonic appearance of the witness(es) set forth in paragraph 2 above.

_5/17/2017_

Date

Signature of certifying attorney or pro se party

Paul C. Bametzreider

Name of attorney or pro se party