# UNITED STATES BANKRUPTCY COURT
## __Middle____ DISTRICT OF _Pennsylvania_
## _____ DIVISION

In re: Steven T. Flory      §     Case No. 5-11-01985
       Mandy D. Flory      §
           Debtor(s)      §
                    §

## CHAPTER 12 CASE TRUSTEE'S _____ FINAL REPORT AND ACCOUNT

__William G. Schwab___, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares under penalty of perjury as follows:

     1) The case was filed on _3/22/11_ _iif applicable_, and was converted to chapter 12 on _____].

     2) The plan was confirmed on _8/10/12_ .

     3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on _____,_ _____.

     4) The trustee filed action to remedy default by the debtor in performance under the plan on _____, _____.

     5) The case was [completed, discharged under 11 U.S.C. § 1228(b), transferred, converted, dismissed] on _____.

     6) Number of months from filing or conversion to last payment: _____.

     7) Number of months case was pending: __59____.

     8) Total value of assets abandoned by court order: ____N/A_____.

     9) Total value of assets exempted: __$ 23,550.00_____.

     10) Amount of unsecured claims discharged without full payment _$ 35,794.12_ .

UST Form 101-12-FR-C (09/01/2009)

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

OR

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have not been submitted to the United States Trustee. The following checks (number and amount) have not cleared the bank:



| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $33,330.66 | |
| Less amount refunded to debtor | $ 356.28 | |
| NET RECEIPTS: | | $ 32,974.38 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 12,602.15 |
| Court Costs | $ 0 |
| Trustee Expenses & Compensation | $ 3,212.71 |
| Other | $ 125.50 |
| TOTAL EXPENSES OF ADMINISTRATION: | $15,940.36 |
| Attorney fees paid and disclosed by debtor: | $ 0 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| | | * See attached Spreadsheet | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UST Form 101-12-FR-C (09/01/2009)

SCHEDULED CREDITORS:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Schuykill County Tax claim Bureau | | $6,590.56 | | $6,590.56 | $6,590.56 | $0.00 |
| Kerwin & Kerwin | | $350.00 | | | $0.00 | $0.00 |
| Fountain Fabricating | | $1,101.65 | | | $0.00 | $0.00 |
| Grower''s Discount Labels | | $242.26 | | | $0.00 | $0.00 |
| Rain & Hail | | $88.00 | | | $0.00 | $0.00 |
| Law Offices of Diuge & Michetti | | $450.00 | | | $0.00 | $0.00 |
| Sunbury Animal Hospital | | $244.57 | | | $0.00 | $0.00 |
| Barry Township Tax Collector | | $911.57 | | $911.57 | $911.57 | $0.00 |
| Capital One Bank | | $2,882.53 | | | $0.00 | $0.00 |
| FPC Financial | | $8,026.27 | | | $0.00 | $0.00 |
| Discover Bank | | $7,193.39 | | | $0.00 | $0.00 |
| FirstComp | | $211.00 | | | $0.00 | $0.00 |
| USDA Farm Service Agency | | $126.122.70 | | | $0.00 | $0.00 |
| Nelson I. Ebersole, Auctioneer | | $1,500.00 | | | $0.00 | $0.00 |
| Robert L. Ludwig | | $33,659.25 | | | $0.00 | $0.00 |
| The Gratz National Bank | | $254,343.53 | | $254,343.53 | $8,041.89 | $0.00 |
| The Gratz National Bank | | $72,122.78 | | | $0.00 | $0.00 |
| Internal Revenue Service | | $902.30 | | | $0.00 | $0.00 |
| Snyder Appraisal Associates | | $1,500.00 | | $1,500.00 | $1,500.00 | $0.00 |
| Paul C. Bametzeider Esq. | | $12,602.15 | | $12,602.15 | $12,602.15 | $0.00 |

*In cases which are converted to another chapter, use this paragraph:*

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

*For all other cases:*

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: 10/12/16                    By: _____
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-12-FR-C (09/01/2009)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: **11-01985** | Judge: **Robert N. Opel II** |
| Case Name: **FLORY, STEVEN T.** | |
| **FLORY, MANDY D.** | |
| For Period Ending: **05/18/2017** | |

| | |
|---|---|
| Trustee Name: **William G. Schwab** | |
| Date Filed (f) or Converted (c): **03/22/2011 (f)** | |
| 341(a) Meeting Date: **04/19/2011** | |
| Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 740 DEEP CREEK RD, HEGINS, PA | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. | CHECKING ACOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 3. | FURNITURE, ENTERTAINMENT CENTER, BEDS, TV, COMPUTR | 7,500.00 | 0.00 | | 0.00 | FA |
| 4. | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 5. | JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. | FULTON SHARES (26) LAND OF LAKES STOCK | 250.00 | 0.00 | | 0.00 | FA |
| 7. | 1997 CHRYSLER TOWN & COUNTRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. | 2001 DODGE STRATUS | 500.00 | 0.00 | | 0.00 | FA |
| 9. | 2 SLIEAGE WAGONS | 750.00 | 0.00 | | 0.00 | FA |
| 10. | 3070 TMR MIXER | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. | 720 CHOPPER | 250.00 | 0.00 | | 0.00 | FA |
| 12. | 75 JOHN DEER 2630 TRACTOR | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. | 94 SKID LOADER | 1,500.00 | 0.00 | | 0.00 | FA |
| 14. | GENERATOR 35,000 KILOWATS | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. | INTERNATIONAL HAY BAILER | 250.00 | 0.00 | | 0.00 | FA |
| 16. | MANURE SPREADER | 50.00 | 0.00 | | 0.00 | FA |
| 17. | TOOLS | 2,000.00 | 0.00 | | 0.00 | FA |
| 18. | CHAPTER 12 PLAN PAYMENTS (u) | 0.00 | 33,180.66 | | 33,330.66 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
For Period Ending: **05/18/2017**

Judge: **Robert N. Opel II**

Trustee Name: **William G. Schwab**
Date Filed (f) or Converted (c): **03/22/2011 (f)**
341(a) Meeting Date: **04/19/2011**
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 273,550.00 | 33,180.66 | | 33,330.66 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**07-08-16 Quarterly Review of Status of Case**
**[jschwab 2016-07-08 14:42:27]**

Initial Projected Date of Final Report(TFR) :

Current Projected Date of Final Report(TFR) :

Trustee's Signature     /s/William G. Schwab     Date: 05/18/2017
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **Bank of America**
Account Number/CD#: **\*\*\*\*\*\*0282 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2011 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 500.00 | | 500.00 |
| 09/07/2011 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 500.00 | | 1,000.00 |
| 10/31/2011 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.27 | 998.73 |
| 11/09/2011 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 540.33 | | 1,539.06 |
| 11/30/2011 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.56 | 1,537.50 |
| 12/06/2011 | [18] | STEVEN & MANDY FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 540.33 | | 2,077.83 |
| 12/30/2011 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.32 | 2,075.51 |
| 01/12/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 500.00 | | 2,575.51 |

Page Subtotals     2,580.66     5.15

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **Bank of America**
Account Number/CD#: **\*\*\*\*\*\*0282 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/24/2012 | | Trsf To EAGLE BANK | FINAL TRANSFER | 9999-000 | | 2,575.51 | 0.00 |

| | | | | Page Subtotals | 0.00 | 2,575.51 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 2,580.66 | 2,580.66 |
| Less:Bank Transfer/CD's | 0.00 | 2,575.51 |
| **SUBTOTALS** | 2,580.66 | 5.15 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 2,580.66 | 5.15 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 11-01985
**Case Name:** FLORY, STEVEN T.
FLORY, MANDY D.
**Taxpayer ID No:** **-***9423
**For Period Ending:** 5/31/2017

**Trustee Name:** William G. Schwab
**Bank Name:** EagleBank
**Account Number/CD#:** ******0026 Checking Account
**Blanket bond (per case limit):** 10,000,000.00
**Separate bond (if applicable):** 1,000,000.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/24/2012 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 2,575.51 | | 2,575.51 |
| 02/13/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYEMENT | 1290-000 | 500.00 | | 3,075.51 |
| 04/09/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 500.00 | | 3,575.51 |
| 05/08/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 500.00 | | 4,075.51 |
| 06/08/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 500.00 | | 4,575.51 |
| 07/13/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGGONS , PA 17938 | CHAPTER 12 PLAN | 1290-000 | 575.00 | | 5,150.51 |
| 08/08/2012 | [18] | FLORY, STEVEN T. 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PLAN PAYMENT | 1290-000 | 575.00 | | 5,725.51 |
| 09/17/2012 | [18] | FLORY, STEVEN 740 DEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 6,300.51 |
| | | | Page Subtotals | | 6,300.51 | 0.00 | |

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **EagleBank**
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/11/2012 | 101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM BOND NO. 016025007 | 2300-000 | | 5.06 | 6,295.45 |
| 10/15/2012 | [18] | FLORY, STEVEN T. 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PLAN PAYMENT | 1290-000 | 575.00 | | 6,870.45 |
| 11/20/2012 | [18] | FLORY, STEVEN T. 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PLAN PAYMENT | 1290-000 | 575.00 | | 7,445.45 |
| 12/19/2012 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 8,020.45 |
| 01/08/2013 | 102 | WILLIAM G. SCHWAB, TRUSTEE FEES PO BOX 56 | TRUSTEE FEE PER COURT ORDER DATED 8-10-12 | 2100-000 | | 401.03 | 7,619.42 |
| 01/08/2013 | 103 | WILLIAM G. SCHWAB, TRUSTEE EXP P.O. BOX 56 | TRUSTEE EXPENSES PER COURT ORDER DATED 8-10-12 | 2200-000 | | 401.03 | 7,218.39 |
| 01/08/2013 | 104 | SCHRUM, REILLY WOLFSON SHEFFEY & LUNDBERG 1601 CORNWALL ROAD LEBANON , PA 17042-7460 | ATTORNEY FOR DEBTOR FEES PER COURT ORDER DATED 8-10-12 | 3701-000 | | 6,207.81 | 1,010.58 |
| | | | Page Subtotals | | 1,725.00 | 7,014.93 | |

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **EagleBank**
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/08/2013 | 105 | SCHRUM, REILLY WOLFSON SHEFFEY & LUNDBERG 1601 CORNWALL ROAD LEBANON, PA 17042-7460 | ATTORNEY FOR DEBTOR EXPENSES PER COURT ORDER DATED 8-10-12 | 3702-000 | | 216.56 | 794.02 |
| 01/08/2013 | 106 | SNYDER APPRAISAL ASSOCIATES 350 HIGHLAND DRIVE, SUITE 100 MOUNTVILLE, PA 17554 | APPRAISER FEES PER COURT ORDER DATED 8-10-12 | 2990-000 | | 794.02 | 0.00 |
| 01/17/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS, PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 575.00 |
| 02/12/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 565.00 |
| 02/19/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS, PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 1,140.00 |
| 02/28/2013 | | EAGLEBANK | DEBIT REVERSAL | 2600-000 | | (10.00) | 1,150.00 |
| 03/08/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 1.00 | 1,149.00 |
| 03/18/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS, PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 1,724.00 |
| | | | Page Subtotals | | 1,725.00 | 1,011.58 | |

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
　　　　　**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **EagleBank**
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/09/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 1.00 | 1,723.00 |
| 04/10/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 2,298.00 |
| 05/07/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 2.00 | 2,296.00 |
| 05/16/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 2,871.00 |
| 06/10/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 3.00 | 2,868.00 |
| 06/17/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 3,443.00 |
| 07/10/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 3.00 | 3,440.00 |
| 07/17/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 4,015.00 |
| 08/08/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 4.00 | 4,011.00 |
| | | | Page Subtotals | | 2,300.00 | 13.00 | |

Case No: 11-01985
Case Name: FLORY, STEVEN T.
FLORY, MANDY D.
Taxpayer ID No: **-***9423
For Period Ending: 5/31/2017

Trustee Name: William G. Schwab
Bank Name: EagleBank
Account Number/CD#: ******0026 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 1,000,000.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/14/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 4,586.00 |
| 08/15/2013 | 107 | WILLIAM G. SCHWAB, TRUSTEE FEES PO BOX 56 | TRUSTEE FEE PER COURT ORDER DATED 8-10-12 | 2100-000 | | 200.75 | 4,385.25 |
| 08/15/2013 | 108 | WILLIAM G. SCHWAB, TRUSTEE EXP P.O. BOX 56 | TRUSTEE EXPENSES PER COURT ORDER DATED 8-10-12 | 2200-000 | | 190.75 | 4,194.50 |
| 08/15/2013 | 109 | REILLY WOLFSON SHEFFEY SCHRUM & LUNDBERG 1601 CORNWALL ROAD LEBANON , PA 17042-7460 | ATTORNEY FOR DEBTOR FEES PER COURT ORDER DATED 8-10-12 | 3701-000 | | 3,152.44 | 1,042.06 |
| 08/15/2013 | 110 | REILLY WOLFSON SHEFFEY SCHRUM & LUNDBERG 1601 CORNWALL ROAD LEBANON , PA 17042-7460 | ATTORNEY FOR DEBTOR EXPENSES PER COURT ORDER DATED 8-10-12 | 3702-000 | | 72.47 | 969.59 |
| 08/15/2013 | 111 | SNYDER APPRAISAL ASSOCIATES 350 HIGHLAND DRIVE, SUITE 100 MONTVILLE , PA 17554 | APPRAISER FEES PER COURT ORDER DATED 8-10-12 | 3991-000 | | 398.59 | 571.00 |
| 09/11/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 3.00 | 568.00 |
| 09/18/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 1,143.00 |
| | | | Page Subtotals | | 1,150.00 | 4,018.00 | |

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **EagleBank**
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/17/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 1,718.00 |
| 10/28/2013 | 112 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | BOND PREMIUM BOND # 016025007 | 2300-000 | | 1.29 | 1,716.71 |
| 11/07/2013 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 1.00 | 1,715.71 |
| 11/18/2013 | [18] | FLORY, STEVEN 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT | 1290-000 | 575.00 | | 2,290.71 |
| 12/11/2013 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 2,288.71 |
| 12/18/2013 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,863.71 |
| 01/13/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 2,861.71 |
| 01/17/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 3,436.71 |
| | | | Page Subtotals | | 2,300.00 | 6.29 | |

Case No: **11-01985**  
Case Name: **FLORY, STEVEN T.**  
**FLORY, MANDY D.**  
Taxpayer ID No: **\*\*-\*\*\*9423**  
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**  
Bank Name: **EagleBank**  
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**  
Blanket bond (per case limit): **10,000,000.00**  
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/12/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 3.00 | 3,433.71 |
| 02/20/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 4,008.71 |
| 03/10/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 3.00 | 4,005.71 |
| 03/19/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 4,580.71 |
| 04/10/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 5.00 | 4,575.71 |
| 04/11/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 5,150.71 |
| 05/09/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 5.00 | 5,145.71 |
| 05/19/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 5,720.71 |

Page Subtotals  2,300.00   16.00

Case No: 11-01985
Case Name: FLORY, STEVEN T.
FLORY, MANDY D.
Taxpayer ID No: **-***9423
For Period Ending: 5/31/2017

Trustee Name: William G. Schwab
Bank Name: EagleBank
Account Number/CD#: ******0026 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 1,000,000.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 06/02/2014 | 113 | WILLIAM G. SCHWAB, TRUSTEE PO BOX 56 LEHIGHTON, PA 18235 | TRUSTEE COMMISSION PER COURT ORDER DATED 8-10-12 | 2100-000 | | 257.28 | 5,463.43 |
| 06/02/2014 | 114 | WILLIAM G. SCHWAB, TRUSTEE P.O. BOX 56 LEHIGHTON, PA 18235 | TRUSTEE EXPENSES PER COURT ORDER DATED 8-10-12 | 2200-000 | | 232.28 | 5,231.15 |
| 06/02/2014 | 115 | PAUL C. BAMETZREIDER REILLY WOLFSON SHEFFEY SCHRUM & LUNDBERG 1601 CORNWELL RD LEBANON , PA 17042 | ATTORNEY FOR DEBTOR FEES PER COURT ORDER DATED 8-10-12 | 3701-000 | | 2,880.25 | 2,350.90 |
| 06/02/2014 | 116 | PAUL C. BAMETZREIDER REILLY WOLFSON SHEFFEY SCHRUM & LUNDBERG 1601 CORNWELL RD LEBANON , PA 17042 | ATTORNEY FOR DEBTOR EXPENSES PER COURT ORDER DATED 8-10-12 | 3702-000 | | 72.62 | 2,278.28 |
| 06/02/2014 | 117 | SNYDER APPRIAISAL ASSOCIATES 350 HIGHLAND DRIVE, SUITE 100 MOUNTVILLE , PA 17554 | APPRAISER FEES PER COURT ORDER DATED 8-10-12 | 2990-000 | | 307.39 | 1,970.89 |
| 06/02/2014 | 118 | SCHUYLKILL COUNTY TAX CLAIM BUREAU 401 N. SECOND STREET POTTSVILLE, PA 17901 | 2009-2010 DELINQUENT TAXES PER COURT ORDER DATED 8-10-12 | 4700-000 | | 1,232.57 | 738.32 |
| | | | Page Subtotals | | 0.00 | 4,982.39 | |

Case No: 11-01985
Case Name: FLORY, STEVEN T.
FLORY, MANDY D.
Taxpayer ID No: **-***9423
For Period Ending: 5/31/2017

Trustee Name: William G. Schwab
Bank Name: EagleBank
Account Number/CD#: ******0026 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *06/02/2014 | 119 | BARRY TOWNSHIP TAX COLLECTOR CHRISTINE E. BRENNAN 207 AIRPORT ROAD ASHLAND , PA 17921-9343 | 2011 PER CAPITAL TAXES PER COURT ORDER DATED 8-10-12 | 5800-000 | | 163.32 | 575.00 |
| 06/10/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 6.00 | 569.00 |
| 06/12/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 1,144.00 |
| 07/01/2014 | 120 | BARRY TOWNSHIP 868 DEEP CREEK ROAD ASHLAND , PA 17921 | 2011 PER CAPITA TAXES PER COURT ORDER DATED 8-10-12 | 5800-000 | | 163.32 | 980.68 |
| *07/01/2014 | | BARRY TOWNSHIP TAX COLLECTOR CHRISTINE E. BRENNAN 207 AIRPORT ROAD ASHLAND , PA 17921-9343 | 2011 PER CAPITAL TAXES Reversal CHECK RETURNED, WRITTEN TO INCORRECT TAX COLLECTOR; LETTER 6-19-14 REQUESTING NEW CHECK | 5800-000 | | (163.32) | 1,144.00 |
| 07/10/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 1,142.00 |
| 07/21/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 1,717.00 |
| 08/11/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 1,715.00 |
| | | | Page Subtotals | | 1,150.00 | 173.32 | |

Case No: 11-01985
Case Name: FLORY, STEVEN T.
FLORY, MANDY D.
Taxpayer ID No: **-***9423
For Period Ending: 5/31/2017

Trustee Name: William G. Schwab
Bank Name: EagleBank
Account Number/CD#: ******0026 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/15/2014 | [18] | STEVEN T. FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,290.00 |
| 09/09/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 2,288.00 |
| 09/18/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,863.00 |
| 09/18/2014 | 121 | WILLIAM G. SCHWAB, TRUSTEE PO BOX 56 LEHIGHTON, PA 18235 | TRUSTEE COMMISSION PER COURT ORDER DATED 8-10-12 | 2100-000 | | 114.50 | 2,748.50 |
| 09/18/2014 | 122 | WILLIAM G. SCHWAB, TRUSTEE P.O. BOX 56 LEHIGHTON, PA 18235 | TRUSTEE EXPENSES PER COURT ORDER DATED 8-10-12 | 2200-000 | | 104.50 | 2,644.00 |
| 09/18/2014 | 123 | SCHUYLKILL COUNTY TAX CLAIM BUREAU 401 N. SECOND STREET POTTSVILLE, PA 17901 | 2009-2010 DELINQUENT TAXES PER COURT ORDER DATED 8-10-12 | 4700-000 | | 2,071.00 | 573.00 |
| 10/07/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 571.00 |
| 10/14/2014 | 124 | LTD INTERNATIONAL SURETIES 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | BOND PREMIUM (BOND # 016025007) | 2300-000 | | 1.19 | 569.81 |
| | | | Page Subtotals | | 1,150.00 | 2,295.19 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **EagleBank**
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/16/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 1,144.81 |
| 11/17/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 1,719.81 |
| 12/16/2014 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1.00 | 1,718.81 |
| 12/18/2014 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,293.81 |
| 01/14/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 2,291.81 |
| 01/19/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,866.81 |
| 02/03/2015 | 125 | WILLIAM G. SCHWAB, TRUSTEE PO BOX 56 LEHIGHTON, PA  18235 | TRUSTEE COMMISSION PER COURT ORDER DATED 8-10-12 | 2100-000 | | 143.34 | 2,723.47 |
| 02/03/2015 | 126 | WILLIAM G. SCHWAB, TRUSTEE P.O. BOX 56 LEHIGHTON, PA  18235 | TRUSTEE EXPENSES PER COURT ORDER DATED 8-10-12 | 2200-000 | | 136.34 | 2,587.13 |
| | | | Page Subtotals | | 2,300.00 | 282.68 | |

Case No: **11-01985**
Case Name: **FLORY, STEVEN T.**
**FLORY, MANDY D.**
Taxpayer ID No: **\*\*-\*\*\*9423**
For Period Ending: **5/31/2017**

Trustee Name: **William G. Schwab**
Bank Name: **EagleBank**
Account Number/CD#: **\*\*\*\*\*\*0026 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **1,000,000.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/03/2015 | 127 | SCHUYLKILL COUNTY TAX CLAIM BUREAU 401 N. SECOND STREET POTTSVILLE, PA 17901 | 2009-2010 DELINQUENT TAXES PER COURT ORDER DATED 8-10-12 | 4700-000 | | 2,587.13 | 0.00 |
| 02/19/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 575.00 |
| 03/16/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 1,150.00 |
| 04/20/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 1,725.00 |
| 05/12/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1.00 | 1,724.00 |
| 05/18/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,299.00 |
| 06/10/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2.00 | 2,297.00 |
| 06/16/2015 | [18] | STEVEN T. FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 2,872.00 |
| | | | Page Subtotals | | 2,875.00 | 2,590.13 | |

| Case No: | 11-01985 |
|---|---|
| Case Name: | FLORY, STEVEN T. |
| | FLORY, MANDY D. |
| Taxpayer ID No: | **-***9423 |
| For Period Ending: | 5/31/2017 |

| Trustee Name: | William G. Schwab |
|---|---|
| Bank Name: | EagleBank |
| Account Number/CD#: | ******0026 Checking Account |
| Blanket bond (per case limit): | 10,000,000.00 |
| Separate bond (if applicable): | 1,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/08/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 3.00 | 2,869.00 |
| 07/17/2015 | [18] | STEVEN FLORY 740 DEEP CREEK RD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 3,444.00 |
| 08/12/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 3.00 | 3,441.00 |
| 08/17/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17934 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 575.00 | | 4,016.00 |
| 09/10/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 4.00 | 4,012.00 |
| 09/16/2015 | [18] | STEVEN FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | CHAPTER 12 PAYMENT PLAN | 1290-000 | 6,900.00 | | 10,912.00 |
| 10/09/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 7.00 | 10,905.00 |
| *10/16/2015 | 128 | Liberty Mutual Insurance Company | Bond Premium Payment | 2300-000 | | 4.81 | 10,900.19 |
| | | | Page Subtotals | | 8,050.00 | 21.81 | |

Case No: 11-01985
Case Name: FLORY, STEVEN T.
FLORY, MANDY D.
Taxpayer ID No: **-***9423
For Period Ending: 5/31/2017

Trustee Name: William G. Schwab
Bank Name: EagleBank
Account Number/CD#: ******0026 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 1,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 10/21/2015 | 129 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS , LA 70139 | BOND PREMIUM PAYMENT (BOND NO. 016025007) | 2300-000 | | 4.81 | 10,895.38 |
| *10/21/2015 | | Liberty Mutual Insurance Company | Bond Premium Payment Reversal | 2300-000 | | (4.81) | 10,900.19 |
| 11/04/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.00 | 10,888.19 |
| 12/08/2015 | | EagleBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.00 | 10,877.19 |
| 01/28/2016 | 130 | WILLIAM G. SCHWAB, TRUSTEE P.O. BOX 56 LEHIGHTON , PA 18235 | final distribution, 5% commission | 2100-000 | | 1,030.91 | 9,846.28 |
| 01/28/2016 | 131 | Schyulkill County Tax Claim Bureau | Final distribution | 4700-000 | | 996.50 | 8,849.78 |
| 01/28/2016 | 132 | Barry Township Tax Collector | Final distribution | 5800-000 | | 748.25 | 8,101.53 |
| 01/28/2016 | 133 | Gratz National Bank | Final distribution | 4110-000 | | 8,041.89 | 59.64 |
| 01/28/2016 | 134 | Steven T. Flory | Overpayment/Surplus | 8500-002 | | 59.64 | 0.00 |

Page Subtotals 0.00 10,900.19

Case No: 11-01985
Case Name: FLORY, STEVEN T.
FLORY, MANDY D.
Taxpayer ID No: **-***9423
For Period Ending: 5/31/2017

Trustee Name: William G. Schwab
Bank Name: EagleBank
Account Number/CD#: *****0026 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 1,000,000.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/16/2016 | [18] | COUNTY OF SCHUYLKILL POTTSVILLE, PA 17901 | REFUND OF DISTRIBUTION OVERPAYMENT OF DISTRIBUTION OF SCHUYLKILL COUNTY TAX CLAIM | 1290-000 | 296.64 | | 296.64 |
| 02/26/2016 | 135 | STEVEN T. FLORY 740 DEEP CREEK ROAD HEGINS , PA 17938 | REFUND OF DISTRIBUTION | 1290-000 | (296.64) | | 0.00 |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | |
|---|---|---|
| COLUMN TOTALS | 33,325.51 | 33,325.51 |
| Less:Bank Transfer/CD's | 2,575.51 | 0.00 |
| SUBTOTALS | 30,750.00 | 33,325.51 |
| Less: Payments to Debtors | | 59.64 |
| Net | 30,750.00 | 33,265.87 |

| | |
|---|---|
| All Accounts Gross Receipts: | 33,330.66 |
| All Accounts Gross Disbursements: | 33,330.66 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| *****0282 Checking Account | 2,580.66 | 5.15 | |
| *****0026 Checking Account | 30,750.00 | 33,325.51 | |
| Net Totals | 33,330.66 | 33,330.66 | 0.00 |