```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 11-01985-JJT
Steven T Flory                                                     Chapter 12
Mandy D Flory
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 3              Date Rcvd: Jun 01, 2017
                              Form ID: 3180F              Total Noticed: 55
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
```
db/jdb        +Steven T Flory,    Mandy D Flory,    740 Deep Creek Road,    Hegins, PA 17938-9334
cr            +Gratz National Bank,    Main,    32 West Market Street,    Gratz, PA 17030-4307
3816612        Alvin Yoder,    18502 US Highway 350,    Trinidad, CO 81082-8617
3816632        Barry Township Tax,    Collector,    Christine E. Brennan,    207 AirportRoad,
                Ashland, PA 17921-9343
3816613       +Capital One Bank,    United Recovery Systems,    5800 North Course Drive,
                Houston, TX. 77072-1613
3816623       +Citicorp Credit Services,    Allianceone Receivables,    4850 Street Rd.Ste 300,
                Trevose, PA 19053-6643
3816633       +Dair-E-Ag Elvin Gingrich,    313 Rocherty Road,    Lebanon, PA 17042-9541
3816614       +Discover Bank,    c/o Edward Stock, Esquire,    804 West Avenue,    Jenkintown, PA 19046-2831
3816624       +Farm Service Agency,    Berks County Suite 240,    1238 County Welfare Road,
                Leesport, PA 19533-9710
3816634       +Farmer’s Bagging Service,    14 Little Swatara Church,    Rd,    Richland, PA 17087-9610
3816615        FirstComp,    P.O. Box 3009,    Omaha, NE 68103-0009
3816625       +Fountain Fabricating,    1657 E. Main Street,    Hegins, PA 17938-9142
3816635       +General Auto Repair,    864 Deep Creek Rd,    Ashland, PA 17921-9391
3816616       +Grower’s Discount Labels, LLC,    P.O. Box 70,    Tunnel, NY 13848-0070
3816626       +High Farms,    313 Ridge Road,    Pitman, PA 17964-9149
3816636       +Jesse Zerbe Refuse Hauling,    1519 West Main Street,    Valley View, PA 17983-9779
3816617        John Deere Credit,    5400 NW 86th Street,    P.O. Box 6600,    Johnston, IA 50131-6600
3816627       +Joseph C. Michetti, Jr., Esq,    Dluge & Michetti,    921 Market Street,
                Trevorton, PA 17881-1416
3816618        Kerwin & Kerwin,    Attorney’s at Law,    4245 Route 209,    Elizabethville, PA 17023-976
3824304        Kerwin and Kerwin,    4245 Route 209,    Elizabethville, PA   17023
3816628       +Lancaster DHIA,    1592 Old Line Road,    Manheim, PA 17545-8222
3816638       +Law Offices of Dluge &,    Miche,    133 Mt. Carmel Avenue,    P.O. Box 304,
                Elysburg, PA 17824-0304
3816619       +Ludwig Farm,    739 Deep Creek Road,    Hegins, PA 17938-9336
3816629       +M.J. Davenport, Esq.,    Office of General Counsel,    Rain and Hail, L.L.C.,
                9200 Northpark Dr., Ste 300,    Johnston, IA 50131-3006
3816639       +Murray-Stahl,-Jr Hoof Trimming,    3559 Silver Creek Road,    Port Trevorton, PA 17864-9429
3816640       +Nelson L. Ebersole, Auctioneer,    30 West Main Street,    Annville, PA 17003-1318
3816611       +Paul C. Bametzreider,    REILLY WOLFSON SHEFFEY SCHRU,    1601 Cornwall Rd.,
                Lebanon, PA 17042-7406
4195433       +Paul C. Bametzreider, Esquire,    1601 Cornwall Road,    Lebanon, PA 17042-7406
3830657       +Rain & Hail, LLC,    9200 Northpark Drive, Suite 300,    Johnston, IA 50131-3006
3816646        Reader’s Digest,    P.O. Box 7825,    Red Oak, IA 51591
3816652       +Ritter Feed,    P.O. Box 306,    Paxtonville, PA 17861-0306
3816641       +Ritter Feeds, Inc,    P.O. Box 306,    Paxtonville, PA 17861-0306
3885118       +Robert L. Ludwig and,    Marjorie L. Ludwig,    785 Deep Creek Road,    Ashland, PA 17921-9399
3816647       +Robert Ludwig,    785 Deep Creek Road,    Ashland, PA 17921-9399
3816642       +Schuylkill County Farm,    Service Agency,    1104 AG Center Drive,    Pottsville, PA 17901-8733
3816631       +Select Sire Power Inc,    1 Stony Mountain,    Tunkhannock, PA 18657-1495
3816654       +Show-Ease Stall Co,    573 Willow Road,    Lancaster, PA 17601-5801
3816609        Signed: /s/Paul C. Bametzreider,    Attorney for Debtor(s),    Bar no.: 55748,
                REILLY WOLFSON  SHEFFEY SCHRUM AND LUNDB,    1601 Cornwall Rd. Lebanon, PA 17042,
                Telephone No.: 717-273-3733
4156305       +Snyder Appraisal Associates,    350 Highland Drive, Suite 100,    Mountville, PA 17554-1265
3816643        Statewide Tax Recovery,    P.O. Box 752,    Sunbury, PA 17801-0752
3816649       +Sunbury Animal Hospital,    390 State Street,    Sunbury, PA 17801-2306
3816655       +The Gratz National Bank,    P.O. Box 159,    32 West Market Street,    Gratz, PA 17030-4307
3816650       +US Department of Agriculture,    Berks County,    Suite 240,    1238 County Welfare Road,
                Leesport, PA 19533-9710
3816645        USDA Farm Loans Operations Office P.O. Box 200003,    St. Louis, Missouri 63120
3816644       +Upper Dauphin Income Tax Off,    250 Market Street,    P.O. Box 96,    Millersburg, PA 17061-0096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: wschwab@iq7technology.com Jun 01 2017 19:01:59      William G Schwab (Trustee),
                William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                Lehighton, PA 18235-0056
cr             EDI: RECOVERYCORP.COM Jun 01 2017 18:58:00      Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3816622        EDI: BANKAMER.COM Jun 01 2017 18:58:00      Bank of America,    P.O. Box 15026,
                Wilmington, DE 19850-5026
3832487        EDI: CAPITALONE.COM Jun 01 2017 18:58:00      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
3834934        EDI: DISCOVER.COM Jun 01 2017 18:58:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
3833140       +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Jun 01 2017 19:01:46
                FPC Financial, f.s.b.,     PO Box 6600,    6400 NW 86th Street,    Johnston, IA 50131-2945
3959816       +EDI: IRS.COM Jun 01 2017 18:58:00      Internal Revenue Service,    P O BOX 7346,
                Philadelphia PA 19101-7346
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3863200         EDI: RECOVERYCORP.COM Jun 01 2017 18:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
3820743        +E-mail/Text: atoomey@co.schuylkill.pa.us Jun 01 2017 19:01:44      Schuylkill County Tax Claim Bureau,   401 N 2nd St,   Pottsville, PA 17901-1756
3816648        +E-mail/Text: atoomey@co.schuylkill.pa.us Jun 01 2017 19:01:44      Schuylkill County Tax Collec,
                 401 N. 2nd Street,   Pottsville, PA 17901-1756
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3816630          BANKRUPT / DEBTOR NO.
3816603          Case No. _
3816604          Chapter 12 _
3816607          Dated: 03-21-11,   Signed:  /s/ Steven T Flory
3816608          Dated: 03/21/11,   Signed:  /s/ Mandy D. Flory
3816602          In re: Steven T Flory Mandy D Flory,   Debtors
3816651          St. Louis, Missouri 63120
3816606          The above named debtor(s), or debtor’s attorney if
3816601          UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF
3816621          US Department of Agriculture,   Berks County,   Suite 240,   1238 County.Welfare Road
3816605          VERIFICATION OF CREDITOR MATRIX
3816637*        +Joseph c. Michetti, Jr., Esq,   Dluge & Michetti,   921 Market Street,
                 Trevorton, PA 17881-1416
3816620*        +Mandy D Flory,   740 Deep Creek Road,   Hegins, PA. 17938-9334
3816653*        +Schuylkill County Farm,   Service Agency,   1104 AG Center Drive,   Pottsville, PA 17901-8733
3816610*        +Steven T Flory,   740 Deep Creek Road,   Hegins, PA 17938-9334
3816656*         USDA Farm Loans Operations Office P. O. Box 200003,   St. Louis, Missouri 63120
3855345        ##+USDA, Farm Service Agency,   USDA, FSA State Office,   1-Credit Union Place, Suite 320,
                 Harrisburg, PA 17110-2994
                                                                                      TOTALS: 11, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              Adam R Weaver    on behalf of Trustee William G Schwab (Trustee) AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Antonio D Michetti    on behalf of Defendant   Gratz National Bank michettilaw@gmail.com
              Antonio D Michetti    on behalf of Creditor   Gratz National Bank michettilaw@gmail.com
              Joshua I Goldman    on behalf of Creditor   USDA, Farm Service Agency bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul C Bametzreider    on behalf of Debtor Steven T Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Mandy D Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Joint Debtor Mandy D Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Steven T Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor   USDA, Farm Service Agency tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Defendant   United States of America, USDA Farm Service Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William G Schwab   on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com, schwab@uslawcenter.com
         William G Schwab (Trustee)   schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com

                                                                           TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven T Flory** | Social Security number or ITIN xxx–xx–9423 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Mandy D Flory** | Social Security number or ITIN xxx–xx–8431 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:11–bk–01985–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Steven T Flory                               Mandy D Flory

**By the court:**

June 1, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**