```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 11-01985-JJT
Steven T Flory                                                  Chapter 12
Mandy D Flory
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Jun 01, 2017
                              Form ID: ntrevtfr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
db/jdb         +Steven T Flory,   Mandy D Flory,   740 Deep Creek Road,   Hegins, PA 17938-9334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
              Adam R Weaver    on behalf of Trustee William G Schwab (Trustee) AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Antonio D Michetti    on behalf of Creditor    Gratz National Bank michettilaw@gmail.com
              Antonio D Michetti    on behalf of Defendant    Gratz National Bank michettilaw@gmail.com
              Joshua I Goldman    on behalf of Creditor    USDA, Farm Service Agency bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul C Bametzreider    on behalf of Joint Debtor Mandy D Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Steven T Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Debtor Steven T Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Mandy D Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    USDA, Farm Service Agency tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Defendant    United States of America, USDA Farm Service Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 13

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Steven T Flory  
Mandy D Flory  

Debtor(s)

Chapter 12

Case No. 5:11−bk−01985−JJT

## Amended Notice

Notice to the Debtors:

The Trustee has filed an amended final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

both debtors

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500  

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: CGambini, Deputy Clerk  

Date: June 1, 2017