```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 11-01985-JJT
Steven T Flory                                              Chapter 12
Mandy D Flory
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini          Page 1 of 1          Date Rcvd: Jul 06, 2017
                            Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db/jdb         +Steven T Flory,   Mandy D Flory,   740 Deep Creek Road,   Hegins, PA 17938-9334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              Adam R Weaver    on behalf of Trustee William G Schwab (Trustee) AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Antonio D Michetti    on behalf of Creditor    Gratz National Bank michettilaw@gmail.com
              Antonio D Michetti    on behalf of Defendant    Gratz National Bank michettilaw@gmail.com
              Joshua I Goldman    on behalf of Creditor    USDA, Farm Service Agency bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul C Bametzreider    on behalf of Joint Debtor Mandy D Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Steven T Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Debtor Steven T Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Mandy D Flory paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    USDA, Farm Service Agency tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Defendant    United States of America, USDA Farm Service Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                              TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Steven T Flory<br>740 Deep Creek Road<br>Hegins, PA 17938 | Chapter 12<br>Case No. 5:11−bk−01985−JJT |
| Mandy D Flory<br>740 Deep Creek Road<br>Hegins, PA 17938 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9423
xxx−xx−8431

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, William G Schwab (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

Dated: July 6, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

Case 5:11-bk-01985-JJT    Doc 169    Filed 07/08/17    Entered 07/09/17 00:48:14    Desc
Imaged Certificate of Notice    Page 2 of 2