```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 11-01985-JJT
Steven T Flory                                                  Chapter 12
Mandy D Flory
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini            Page 1 of 1          Date Rcvd: May 23, 2018
                              Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
3816641        +Ritter Feeds, Inc,   P.O. Box 306,   Paxtonville, PA 17861-0306
3885118        +Robert L. Ludwig and,   Marjorie L. Ludwig,   785 Deep Creek Road,   Ashland, PA 17921-9399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3820743        +E-mail/Text: atoomey@co.schuylkill.pa.us May 23 2018 19:03:56
                Schuylkill County Tax Claim Bureau,   401 N 2nd St,   Pottsville, PA 17901-1756
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              Adam R Weaver    on behalf of Trustee William G Schwab (Trustee) AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Antonio D Michetti    on behalf of Defendant    Gratz National Bank michettilaw@gmail.com
              Antonio D Michetti    on behalf of Creditor    Gratz National Bank michettilaw@gmail.com
              Joshua I Goldman    on behalf of Creditor    USDA, Farm Service Agency bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul C Bametzreider    on behalf of Debtor 1 Steven T Flory paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Steven T Flory paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              Paul C Bametzreider    on behalf of Debtor 2 Mandy D Flory paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              Paul C Bametzreider    on behalf of Plaintiff Mandy D Flory paulb@reillywolfson.com,
               pbaylor@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor    USDA, Farm Service Agency tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Defendant    United States of America, USDA Farm Service Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  Chapter: 12

STEVEN T. FLORY AND MANDY D. FLORY,  Case Number: 5-11-bk-01985 JJT

    Debtors

STEVEN T. FLORY AND MANDY D. FLORY,

    Plaintiffs

vs.

GRATZ NATIONAL BANK; ROBERT L. LUDWIG AND MARJORIE L. LUDWIG; !UTTER FEEDS, INC.; AND UNITED STATES OF AMEIUCA, USDA FARM SERVICE AGENCY

    Defendants

## ORDER DETERMINING SECURED STATUS

**AND NOW,** this 23rd day of May, 2018, it is hereby **ORDERED** that the claims filed in the above-captioned Bankruptcy are determined to have secured status as follows:

1. The following claims are determined to be secured in the following amounts:

    A. Schuylkill County Tax Claim Bureau     $ 6,590.56.

    B. Gratz National Bank     $254,343.53.

    C. Gratz National Bank     $ 72,122.78.

      D.      Robert L. Ludwig and Marjorie L. Ludwig     $ 16,943.13.

2. The following claims are unsecured in the following amounts plus any accruing interest and costs:

      A.      Robert L. Ludwig and Marjorie L. Ludwig     $ 16,716.12.

      B.      USDA Farm Service Agency     $126,122.70.

      C.      Ritter Feeds     $ 26,472.23.

Any liens filed on behalf of the creditors detennined to be unsecured are hereby deemed to be canceled and avoided to the extent that these liens have been detennined to be unsecured by this Order of Court.

Dated: May 23, 2018             By the Court,

                                                John J. Thomas, Bankruptcy Judge (RPR)