IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter: 12 |
| | : | |
| STEVEN T. FLORY AND MANDY D. FLORY, | : | Case Number: 5-11-bk-01985 RNO |
| Debtors | : | |
| | : | |
| STEVEN T. FLORY AND MANDY D. FLORY, | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| GRATZ NATIONAL BANK; ROBERT L. LUDWIG AND MARJORIE L. LUDWIG; RITTER FEEDS, INC.; AND UNITED STATES OF AMERICA, USDA FARM SERVICE AGENCY, | : | |
| Defendants | : | |

## **N O T I C E**

You are hereby notified that the above-captioned Debtors have filed a Motion for an Amended Order Determining Secured Status, a copy of which is included with this Notice. If you have an objection or response to this Motion you must file your objection or response on or before June 29, 2018. Your failure to file an objection or response may result in the Court granting the requested Motion without further Notice or Hearing.

                                                                  Clerk, U.S. Bankruptcy Court

Date of Notice: June 8, 2018

Paul C. Bametzreider, Esquire
I.D. No. 55748
Counsel for Movant
1601 Cornwall Road
Lebanon, PA 17042
Telephone: 717/273-3733

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter: 12 |
| STEVEN T. FLORY AND MANDY D. FLORY, | : | Case Number: 5-11-bk-01985 RNO |
| Debtors | : | |
| STEVEN T. FLORY AND MANDY D. FLORY, | : | |
| Plaintiffs | : | |
| vs. | : | |
| GRATZ NATIONAL BANK; ROBERT L. LUDWIG AND MARJORIE L. LUDWIG; RITTER FEEDS, INC.; AND UNITED STATES OF AMERICA, USDA FARM SERVICE AGENCY, | : | |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of June, 2018, I caused to be served a true and correct copy of the foregoing document as follows:

By United States First Class Mail, postage prepaid, addressed to:

Gratz National Bank
P.O. Box 159
32 West Market Street
Gratz, PA  17030

Robert L. Ludwig
785 Deep Creek Road
Ashland, PA  17921

Ritter Feed
P.O. Box 306
Paxtonville, PA  17861

Farm Service Agency
Berks County Suite 240
1238 County Welfare Road
Leesport, PA  19533

Marjorie L. Ludwig
785 Deep Creek Road
Ashland, PA 17921

By Electronic service:

Antonio D. Michetti
michettilaw@gmail.com

Thomas I. Puleo
tpuleo@kmllawgroup.com

Joshua I. Goldman
bkgroup@kmllawgroup.com

William G. Schwab
ECF@uslawcenter.com

**REILLY WOLFSON**

By: _____
Paul C. Bametzreider, Esq.
Attorney for Debtor
1601 Cornwall Road
Lebanon, PA 17042
(717) 273-3733
I.D. #55748