In re:  
Steven T Flory  
Mandy D Flory  
    Debtors

Case No. 11-01985-JJT  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: JGoodling     Page 1 of 1     Date Rcvd: Jul 11, 2018  
                     Form ID: pdf010     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.

```
cr              +Gratz National Bank,    Main,    32 West Market Street,    Gratz, PA 17030-4307
3816624         +Farm Service Agency,    Berks County Suite 240,    1238 County Welfare Road,
                  Leesport, PA 19533-9710
3816652         +Ritter Feed,    P.O. Box 306,    Paxtonville, PA 17861-0306
3885118         +Robert L. Ludwig and,    Marjorie L. Ludwig,    785 Deep Creek Road,    Ashland, PA 17921-9399
3816650         +US Department of Agriculture,    Berks County,    Suite 240,    1238 County Welfare Road,
                  Leesport, PA 19533-9710
3816656          USDA Farm Loans Operations Office P. O. Box 200003,    St. Louis, Missouri 63120
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
3820743         +E-mail/Text: atoomey@co.schuylkill.pa.us Jul 11 2018 19:05:26
                  Schuylkill County Tax Claim Bureau,    401 N 2nd St,    Pottsville, PA 17901-1756
                                                                                               TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

```
          Adam R Weaver    on behalf of Trustee William G Schwab (Trustee) AttyWeaver@icloud.com,
           G16927@notify.cincompass.com
          Antonio D Michetti     on behalf of Defendant    Gratz National Bank michettilaw@gmail.com
          Antonio D Michetti     on behalf of Creditor    Gratz National Bank michettilaw@gmail.com
          Joshua I Goldman    on behalf of Creditor    USDA, Farm Service Agency bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul C Bametzreider     on behalf of Debtor 2 Mandy D Flory paulb@reillywolfson.com,
           pbaylor@reillywolfson.com
          Paul C Bametzreider     on behalf of Plaintiff Mandy D Flory paulb@reillywolfson.com,
           pbaylor@reillywolfson.com
          Paul C Bametzreider     on behalf of Debtor 1 Steven T Flory paulb@reillywolfson.com,
           pbaylor@reillywolfson.com
          Paul C Bametzreider     on behalf of Plaintiff Steven T Flory paulb@reillywolfson.com,
           pbaylor@reillywolfson.com
          Thomas I Puleo    on behalf of Creditor    USDA, Farm Service Agency tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Defendant    United States of America, USDA Farm Service Agency
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
           schwab@uslawcenter.com
          William G Schwab (Trustee)     schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                              TOTAL: 13
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter: 12 |
| | : | |
| STEVEN T. FLORY AND MANDY D. FLORY, | : | Case Number: 5-11-bk-01985 JJT |
| Debtors | : | |
| | : | |
| STEVEN T. FLORY AND MANDY D. FLORY, | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| GRATZ NATIONAL BANK; ROBERT L. LUDWIG AND MARJORIE L. LUDWIG; RITTER FEEDS, INC.; AND UNITED STATES OF AMERICA, USDA FARM SERVICE AGENCY, | : | |
| Defendants | : | |

## AMENDED ORDER DETERMINING SECURED STATUS

**AND NOW,** this 11th day of July, 2018, it is ordered that the claims filed in the above-captioned bankruptcy are determined to have secured status as of the date of the filing of this bankruptcy, as follows:

1. The following claims are determined to be secured in the following amounts:

   A. Schuylkill County Tax Claim Bureau     $ 6,590.56

   B. Gratz National Bank
   Mortgage recorded in Schuylkill County
   Record Book 2079, Page 1724     $254,343.53

   C. Gratz National Bank
   Mortgage recorded in Schuylkill County
   Record Book 2271, Page 305     $ 72,122.78

D.         Robert L. Ludwig and Marjorie L. Ludwig
Mortgage recorded in Schuylkill County
Record Book 2079, Page 1732         $ 16,943.13

2.         The following claims are unsecured in the following amounts plus any accruing interest, fees, and costs and any mortgages, liens or secured interests associated with the following claims are declared to be null and void:

     A.         Robert L. Ludwig and Marjorie L. Ludwig
Mortgage recorded at Record Book 2079,
Page 1732 is unsecured for all amounts in
excess of $16,943.13.

     B.         United States of America
USDA Farm Service Agency
Mortgage recorded at Schuylkill County
Record Book 2272, Page 2840
in the amount of $126,122.70 in its
entirety is unsecured and any lien is null and void.

     C.         United States of America
USDA Farm Service Agency
Mortgage recorded at Record Book 2308, Page 2092
in the amount of $26,472.23 in its entirety is
declared unsecured, and any lien is null and void.

     D.         Ritter Feeds
Mortgage recorded in Schuylkill County
Record Book 2280, Page 967 in its entirety is
declared unsecured, and any lien is null and void.

Dated: July 11, 2018         By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)